USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET

**HOUSTON DIVISION**

USAO Number: 2020R00373
Magistrate Number:

CRIMINAL INDICTMENT

United States Courts
Southern District of Texas
F I L E D

**SEP 1 6 2021**

Filed     Nathan Ochsner
Clerk of Court

No. **4:21cr456**

Judge: **Ellison**

UNITED STATES of AMERICA

vs.

**ATTORNEYS:**

JENNIFER B. LOWERY, ACTING USA     (713) 567-9000

LISA M. COLLINS, AUSA     (713) 567-9000

| | Appt'd | Private |
|---|---|---|
| DANIEL PRINCE (Cts. 1-4) | ☐ | ☐ |
| CHARLES DAWSON (Cts. 1-4) | ☐ | ☐ |
| CURTIS SANDEL (Cts. 1-4) | ☐ | ☐ |
| DAMON RANDOLPH (Cts. 1-4) | ☐ | ☐ |
| KIYON MARSHALL (Cts. 1-4) | ☐ | ☐ |
| EDWARD HUBBARD (Cts. 1-4) | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |

Ct. 1: Aiding and Abetting Interference with Commerce by Robbery [18 USC §§ 1951(a), and 2].

Cts. 2,4: Aiding and Abetting Use of a Firearm During and in Relation to a Crime of Violence Causing Death [18 USC §§ 924(c)(1)(A)(iii), 924(j)(1), and 2].

Ct.3: Conspiracy to Distribute A Controlled Substance [21 USC §§ 846, 841(a)(1), and 841(b)(1)(A)(ii)].

Page 2 of 2

CHARGE:
(TOTAL)
(COUNTS:)
( 4 )

**PENALTY:**

Ct. 1: 20 years imprisonment, $250,000.00 fine, 3 years SRT, and $100 SA for each count.

Cts. 2,4: 10 years imprisonment to life, consecutive to the underlying count, $250,000.00 fine, 5 years SRT, and $100 SA.

Ct. 3: Not less than 10 years or more than life imprisonment, $250,000.00 fine, no more than 5 yrs SRT, and $100 SA.

☐ In Jail

☐ On Bond

☑ No Arrest

**NAME & ADDRESS
of Surety:**

**PROCEEDINGS:**