1

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | CASE NO. 4:21-CR-00456-1 |
| | § | HOSUTON, TEXAS |
| VERSUS | § | THURSDAY, |
| | § | OCTOBER 21, 2021 |
| DANIEL PRINCE | § | 2:06 P.M. TO 2:11 P.M. |

INITIAL APPEARANCE

BEFORE THE HONORABLE SAM S. SHELDON
UNITED STATES MAGISTRATE JUDGE

APPEARANCES:                    SEE NEXT PAGE

ELECTRONIC RECORDING OFFICER:   DISA MCKINNIE-RICHARDSON

COURTROOM CLERK:                SHANNON JONES

TRANSCRIPTION SERVICE BY:

JUDICIAL TRANSCRIBERS OF TEXAS, LLC
935 Eldridge Road, #144
Sugar Land, TX 77478
281-277-5325
mary@judicialtranscribers.com

Proceedings recorded by electronic sound recording;
transcript produced by transcription service.

APPEARANCES:


FOR THE PLAINTIFF:                 SHERIN DANIEL
                                   U.S. ATTORNEY'S OFFICE
                                   1000 LOUISIANA STREET
                                   SUITE 2300
                                   HOUSTON, TX 77002
                                   713-567-9000


FOR THE DEFENDANT:                 ANDREW J WILLIAMS
                                   ATTORNEY AT LAW
                                   1521 GREEN OAK PLACE
                                   SUITE 140
                                   KINGWOOD, TX 77339
                                   281-358-9111

**HOUSTON, TEXAS; THURSDAY, OCTOBER 21, 2021; 02:06 P.M.**

THE COURT:  Okay, Daniel Prince.

Good afternoon, Mr. Williams, and good afternoon, Mr. Prince.

MR. WILLIAMS:  Good afternoon, Judge.

THE COURT:  Mr. Prince, you're here on your initial appearance after you were arrested on a felony Indictment.  It's a drug case along with an alleged murder. I'm going to go over your initial rights.

First, you have the right to have an attorney represent you.  If you can't afford one, one will be appointed free of charge.

I have a financial affidavit.

Did you truthfully complete this document?

DEFENDANT PRINCE:  Yes.

THE COURT:  I'm going to go ahead and appoint a private attorney by the name of Andrew Williams to represent you.

You have the right to remain silent.  I'm not going to ask you any questions about your case.  I'm just going to have you acknowledge that you understand why you were arrested.

What's the maximum penalties he's facing?

MS. DANIEL:  Yes, Your Honor.

For Count 1, he's facing a max of 10 years

imprisonment, $250,000 in fines, 3 years' supervised release, and $100 special assessment.

For Counts 2 and 4, from 10 years' imprisonment to life in prison consecutive to the underlying Count, $250,000 fine, 5 years' supervised release, and $100 special assessment.

And for Count 3, no less than 10 years or more than life imprisonment, $250,000 fine, no more than 5 years' supervised release, and $100 special assessment.

THE COURT:  And I will do the Government disclose obligation under Rule 5F.  Counsel for the United States is ordered to comply with its disclosure obligations under *Brady v. Maryland* and its progeny.  Failure to do so may result in the dismissal of charges, exclusion of evidence, adverse jury instructions, contempt proceedings, and sanctions.

Mr. Prince, without telling me whether anything is true, do you understand why you're in court?

DEFENDANT PRINCE:  Yes.

THE COURT:  And so, Mr. Williams, we already had the -- so, just so you know, we had the three detention hearings on the co-Defendants.  All three, I found, didn't rebut the presumption, but two, I found -- sorry, the third one, I did it without prejudice because the Government, rightfully, just presented limited evidence and I wasn't

able to make a finding on the strength of the evidence.  And so, we can go forward with the detention hearing.  You could wait, or whatever you want me to do so, I'm happy to set.

MR. WILLIAMS:  I would like to go forward with it, Judge, but --

THE COURT:  okay.

MR. WILLIAMS:  -- I'm not prepared today because --

THE COURT:  Right, no.  I know that and the Government -- this isn't --

MR. WILLIAMS:  Okay.

THE COURT:  When Ms. Daniel did Mr. McAlister want to do it?

MR. DANIEL:  Your Honor, he said he's ready as soon as tomorrow.

THE COURT:  Okay, did you want to do it --

MR. WILLIAMS:  We can do it early next week, or not?

THE COURT:  I mean, we can.  I just won't be on duty, but --

MR. WILLIAMS:  I'll do it tomorrow, then.

THE COURT:  Okay.

MR. WILLIAMS:  Tomorrow, at -- can we do it at what time tomorrow?

THE COURT:  We do it at 10:00.

MR. WILLIAMS:  A.M.?

THE COURT:  Yeah.

MR. WILLIAMS:  That'll be fine.  I might be a little bit late because I have State Court --

THE COURT:  Okay, there's other cases in front of you.  So, we'll put you at like 10:30.

MR. WILLIAMS:  Okay, that'll be fine.

THE COURT:  And so, just I'm just getting you -- it was a barebones presentation.  So, you're just not going to learn because it's an indicted case and it's --

MR. WILLIAMS:  Right.

THE COURT:  And there was safety concerns and so, he didn't put on a lot.

MR. WILLIAMS:  I understand that, yeah, Judge. Because he's already indicted, we don't really have a probable cause issue.

THE COURT:   Right.

MR. WILLIAMS:  So, it's just a matter of a bond.

THE COURT:  Right, right.

MR. WILLIAMS:  Well, that's okay.

THE COURT:  And if you want to -- so, I'll admit the Pretrial Report if you want to proffer anything.  You don't have to put on witnesses.  You just let me know.

MR. WILLIAMS:  Okay.

THE COURT:  Okay.

MR. WILLIAMS:  That's probably what we'll do.

THE COURT:  Okay.  So, I'll see you tomorrow at 10:30.  Mr. Williams, you may be -- if he's at Joe Corley, he's going to be by video.

Is he at Joe Corley?

U.S. MARSHAL:  Yes, he will be going to Joe Corley.

THE COURT:  Okay.  So, he'll be by -- is that okay with you?

MR. WILLIAMS:  Yes, that's fine.

THE COURT:  Okay.

MR. WILLIAMS:  Yeah.

THE COURT:  Okay.  So, you'll be here and he'll be by video.

MR. WILLIAMS:  All right, can I talk to him upstairs like shortly before --

THE COURT:  Yeah.

U.S. MARSHALL:  Yes.

MR. WILLIAMS:  -- you take him up?  Okay, that'll be fine, Judge.  We'll do it tomorrow, then.

THE COURT:  Okay, do you have any questions for me, Mr. Williams -- oh, sorry -- Mr. Prince?

DEFENDANT PRINCE:  No, sir.

THE COURT:  Okay.  Good luck, sir.

MR. WILLIAMS:  And you'll do the arraignment

tomorrow, Judge, or --

THE COURT:  Yeah, unless you want to do it right now?

MR. WILLIAMS:  We can do it, now.

You want to just enter your plea of not guilty and then --

THE COURT:  So, do you wish to waive formal reading of the Indictment, enter a plea of not guilty, and request a jury trial?

MR. WILLIAMS:  Yes, we do, Judge.

THE COURT:  Okay.

Do we have dates for him?

CASE MANAGER:  Yes.  He has assigned dates.  The motions are due October the 29th, responses November the 5th, the Pretrial Conference is November the 19th at 10:30 before Judge Ellison, and the jury trial and selection is November 29th at 9:00 a.m. before Judge Ellison.

MR. WILLIAMS:  And just to be clear, do I need to be here in person or --

THE COURT:  If you want to be on video, you can be on video.  I'm pretty sure --

MR. WILLIAMS:  I'm going to be downtown, anyway. I might as well come over.

THE COURT:  Yeah, it's probably easier because Mr. McAlister and the witness will be here.

Okay.  So, tell him 10:30.

CASE MANAGER:  Will do, Judge.

THE COURT:  Okay.

CASE MANAGER:  Uh-huh.

THE COURT:  Thanks.

(Proceedings adjourned at 2:11 p.m.)

*  *  *  *  *

*I certify that the foregoing is a correct transcript to the best of my ability due to the condition of the electronic sound recording of the ZOOM/video/telephonic proceedings in the above-entitled matter.*

*/S/ MARY D. HENRY*

*CERTIFIED BY THE AMERICAN ASSOCIATION OF*

*ELECTRONIC REPORTERS AND TRANSCRIBERS, CET**337*

*JUDICIAL TRANSCRIBERS OF TEXAS, LLC*

*JTT TRANSCRIPT #65637*

*DATE FILED:  APRIL 19, 2022*