United States District Court
Southern District of Texas

**ENTERED**

June 12, 2025

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| v. | § | CRIM. NO. H-21-456-6 |
| KIYON MARSHALL | § | |

## ORDER

Defendant Kiyon Marshall's Motion to Suppress is **DENIED.**

**IT IS SO ORDERED.**

SIGNED this 11th day of June, 2025.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE