UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CASE NO. 4:21-CR-456 |
| KIYON MARSHALL | § § | |

# **REQUEST FOR 404(b) NOTICE**

Defendant, KIYON MARSHALL, pursuant to Rule 404(b), Federal Rules of Evidence, requests proper notice of the Government's intention to introduce any evidence within the ambit of Rule 404(b) at trial.

Respectfully submitted,

*/s/ Nicole DeBorde Hochglaube*
NICOLE DEBORDE HOCHGLAUBE
Federal ID No. 16839
TBA No. 00787344
3515 Fannin Street
Houston, Texas 77004
Telephone: (713) 526-6300
Facsimile: (713) 808-9444
Email:Nicole@HoustonCriminalDefense.com

Attorney for Defendant,
KIYON MARSHALL

1

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to AUSA Benjamin Hunter Brown and AUSA Jill Stotts and all parties to this matter.

*/s/ Nicole DeBorde Hochglaube*
NICOLE DEBORDE HOCHGLAUBE
