IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CASE NO. 4:21-CR-456 |
| | § | |
| KIYON MARSHALL | § | |

**MOTION TO LIST
WITNESSES IN ADVANCE OF TRIAL**

TO THE HONORABLE KEITH P. ELLISON, UNITED STATES DISTRICT JUDGE FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION:

Defendant Kiyon Marshall, through his undersigned counsel, files this Motion to List Witness in Advance of Trial and in support thereof would show the Court the following:

I.

The names, addresses and employment phone numbers of the witnesses that the attorneys of the United States will call in its case in chief are in the exclusive possession of said prosecuting attorney.

II.

The Defendant is entitled to the disclosure of such witnesses by the Government. In order to effectuate meaningful confrontation and cross-examination as guaranteed by the Sixth Amendment to the U.S. Constitution, the identity of said witnesses should be revealed well in advance of trial.

Further, the Defendant is entitled to the disclosure of such witnesses by the Government prior to the voir dire examination of the panel, because without disclosure of such witnesses Defendant will be unable to select a fair and impartial jury and thus will be denied a fair trial and the effective assistance of counsel as guaranteed him under the Sixth Amendment of the United States Constitution.

WHEREFORE, PREMISES CONSIDERED Defendant respectfully requests that this motion be granted, and that the Government be ordered to reveal the names, addresses and employment phone numbers of its witnesses a sufficient amount of time in advance of trial to allow Defendant's counsel to prepare for voir dire and cross-examination of said witnesses.

Respectfully submitted,

*/s/ Nicole DeBorde Hochglaube*
NICOLE DEBORDE HOCHGLAUBE
Federal ID No. 16839
TBA No. 00787344
3515 Fannin Street
Houston, Texas 77004
Telephone:  (713) 526-6300
Facsimile:  (713) 808-9444
Email:  Nicole@DeBordeLawFirm.com

Attorney for Defendant,
KIYON MARSHALL

2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CASE NO. 4:21-CR-456 |
| | § | |
| KIYON MARSHALL | § | |

## CERTIFICATE OF CONFERENCE

On July 28, 2025 Counsel for Defendant conferred with AUSA Jill Stotts and she is opposed to this motion to the extent that it requests includes phone numbers, addresses and employment numbers for the witnesses.

/s/ Nicole DeBorde Hochglaube
NICOLE DEBORDE HOCHGLAUBE

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties.

/s/ Nicole DeBorde Hochglaube
NICOLE DEBORDE HOCHGLAUBE