**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| *v.* | § | **CASE NO. 4:2-CR-00456** |
| | § | |
| **DANIEL PRINCE, ET AL** | § | |

**DEFENDANTS' JOINT UNOPPOSED MOTION FOR CONTINUANCE**

TO THE HONORABLE KEITH P. ELLISON:

COME NOW, DANIEL PRINCE, for the defendants named in this indictment by their attorneys of record, and request this honorable Court to grant this Joint Unopposed Motion for Continuance and would show the court the following:

I.

The above styled cause is set for jury trial on Sept. 8, 2025.

II.

Defendants and their respective counsel are in various stages of reviewing the discovery in this case. At this time more discovery is stilling being processed by the government and has yet to be provided to defense counsel. Negotiations with the government by some of the defendants for possible resolution of their cases without the need for a trial is ongoing. Some plea agreements are potentially at hand. More importantly, a co-defendant who has been at large was recently arrested. His arrest

1

dramatically changes the complexion o changes the Thus counsels for the various defendants and counsel for the government are in agreement that a continuance is necessary. This will give the government time to provide counsel with the additional discovery.  It will also allow defense counsel to provide effective assistance of counsel to their respective clients. Counsel for the government and counsel for the defendants have agreed on a new trial date of Feb. 2, 2026. Therefore, the parties agree to a continuance of the trial date and the associated pre-trial dates.

### III.

Counsel contacted Assistant U.S. attorney in this cause, Jill Stotts, and the government joins in this motion.

### IV.

Counsel for Defendant, Daniel Prince, also communicated with the following co-counsel via email and they are not opposed to this motion: Joanne Musick, counsel for Curtis Sandel;  James Alston, counsel for Edward Hubbard; Lance Hamm counsel for Charles Dawson; Nicole Deborde, counsel for Kiyon Marshall is expecting to enter a plea and does not expect to go to trial; David Adler, counsel for Damon Randolph has not responded but is expecting the birth of his child the week of Sept. 8.

### V.

Defendants waive their right to a speedy trial pursuant to 18 U.S.C. §3161(h)(7)(A).

**THEREFORE**, for the aforementioned reasons, Defendants and the government respectfully request this Court to grant a continuance of the trial date and

2

its associated pre trial settings and set the trial date on Feb. 2, 2026.

Respectfully Submitted,

/s/ *Andrew Williams*

Andrew Williams
Texas State Bar Number:  00788671
2261 Northpark Dr., Ste. 502
Kingwood, TX 77339
Telephone:  (281) 358.9111
andrewjwlaw@gmail.com
*Attorney for Daniel Prince*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Joint Unopposed Motion for Continuance was delivered via electronic filing to the Assistant United States Attorney and all counsel of record in this cause on August 28, 2025.

s/ *Andrew Williams*

Andrew Williams

**CERTIFICATE OF CONFERENCE**

Counsel conferred with Assistant United States Attorney in this cause, Jill Stotts, and the government joins in this motion. Likewise counsel certifies that he has communicated with counsel for the co-defendants as indicated in the motion and all counsel are unopposed to the filing of this motion.

s/ *Andrew Williams*

Andrew Williams

3