United States Courts
Southern District of Texas
FILED

*August 29, 2025*

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL NO.: H-21-CR-456-6 |
| | § | |
| KIYON MARSHALL | § | |
| DEFENDANT | § | |

## **INFORMATION**

THE UNITED STATES CHARGES THAT:

### **COUNT ONE**

Title 18, United States Code, §§ 4

On or about December 8, 2018, through on or about December 15, 2018, in the Houston Division of the Southern District of Texas,

KIYON MARSHALL

defendant herein, having knowledge of the actual commission of a felony cognizable by a court of the United States, to wit: a conspiracy to possess with the intent to distribute cocaine, a Schedule II controlled substance, concealed and did not as soon as possible make known the same to a judge or other person in civil authority under the United States, in violation of Title 18, United States Code, Section 4.

NICHOLAS J. GANJEI
United States Attorney

BY: _____
Jill Jenkins Stotts
Assistant United States Attorney

Page **1** of 1