IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| vs. | § § § § § | CRIMINAL NO. 4:21-CR-00456 |
| KIYON MARSHALL | § | |

## ORDER ACCEPTING THE WAIVER OF THE PREPARATION OF A PRE-SENTENCE INVESTIGATION REPORT

Having considered Defendant Kiyon Marshall's Unopposed Motion to Waive the Preparation of a Pre-Sentence Investigation Report, the Court finds that the interests of justice are served by accepting the Motion.

It is therefore **ORDERED** that Defendant's Motion to Waive the Preparation of a Pre-Sentence Investigation Report is **ACCEPTED.** A pre-sentence investigation report is not required for sentencing.

_____
UNITED STATES DISTRICT JUDGE