UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL NO.: H-21-CR-456 |
| | § | |
| DANIEL PRINCE, | § | |
| DEFENDANT. | § | |

## **INFORMATION**

THE UNITED STATES CHARGES THAT:

### **COUNT ONE**

Title 21, United States Code, §§ 846, 841(a)(1) and (b)(1)(E)(i) - Conspiracy to Possess with Intent to Distribute Controlled a Substance

On or about December 1, 2018, through on or about December 8, 2018, said dates being approximate, in the Houston Division of the Southern District of Texas,

DANIEL PRINCE,

defendant herein, did knowingly and intentionally conspire and agree with others known and unknown, to possess with the intent to distribute a controlled substance, including a Schedule III controlled substance,

All in violation of Title 21, United States Code, §§ 846, 841(a)(1) and (b)(1)(E)(i).

NICHOLAS J. GANJEI
United States Attorney
Southern District of Texas


BY: _____
 Jill Jenkins Stotts
  Assistant United States Attorney