United States Courts
Southern District of Texas
FILED

*December 04, 2025*

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL NO.: H-21-CR-456 |
| | § | |
| CURTIS SANDEL, | § | |
| DEFENDANT. | § | |

## **INFORMATION**

THE UNITED STATES CHARGES THAT:

## **COUNT ONE**

<u>Title 21, United States Code, §§ 846, 841(a)(1) and (b)(1)(E)(i) - Conspiracy to Possess with Intent to Distribute a Controlled Substance</u>

On or about December 1, 2018, through on or about December 8, 2018, said dates being approximate, in the Houston Division of the Southern District of Texas,

CURTIS SANDEL,

defendant herein, did knowingly and intentionally conspire and agree with others known and unknown, to possess with the intent to distribute a controlled substance, including a Schedule III controlled substance,

All in violation of Title 21, United States Code, §§ 846, 841(a)(1) and (b)(1)(E)(i).

NICHOLAS J. GANJEI
United States Attorney
Southern District of Texas


BY: _____
	Jill Jenkins Stotts
	Assistant United States Attorney