## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

UNITED STATES OF AMERICA

vs.

DAMON RANDOLPH

Defendant.

§
§
§
§
§
§
§
§
§
§

Criminal No. 4:21-cr-456

## WAIVER OF INDICTMENT

I, DAMON RANDOLPH, the above named defendant, who is accused of

conspiracy to possess with the intent to distribute a controlled substance

being advised of the nature of the charge(s), the proposed Information, and of my rights, hereby

waive in open court on _____12/15/25_____ prosecution by indictment and consent that the
                                    Date

proceeding may be by Information rather than by Indictment. Pursuant to Fed. R. Crim. P. 7(b), I

will confirm this waiver in open court at arraignment or other hearing.

_____
Defendant

_____
Counsel for Defendant

Before_____
Judicial Officer