United States Courts
Southern District of Texas
FILED

*April 28, 2026*

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL NO.: H-21-CR-456 |
| | § | |
| EDWARD HUBBARD | § | |
| DEFENDANT. | § | |

## INFORMATION

THE UNITED STATES CHARGES THAT:

## COUNT ONE

Title 21, United States Code, §§ 846, 841(a)(1) and (b)(1)(E)(i) - Conspiracy to Possess with Intent to Distribute Controlled a Substance

On or about December 1, 2018, through on or about December 8, 2018, said dates being approximate, in the Houston Division of the Southern District of Texas,

EDWARD HUBBARD,

defendant herein, did knowingly and intentionally conspire and agree with others known and unknown, to possess with the intent to distribute a controlled substance, including a Schedule III controlled substance,

All in violation of Title 21, United States Code, §§ 846, 841(a)(1) and (b)(1)(E)(i).


JOHN G.E. MARCK
Acting United States Attorney
Southern District of Texas



BY:    Jill J. Stotts
       Jill Jenkins Stotts
       Assistant United States Attorney